UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL; JURDICALLY ABUSED STROKE SURVIVO: 8/10/2014: DATED OF STROKE INJURIES AND PERMENANT "HIGH BLOOD PRESSURES PTSD",<br><br>Plaintiff,<br><br>v.<br><br>A.M.P.M. MINI MART LOW HIGH ROAD PLACERVILLE IGNORANT STAFF WITH DISCARDS FOR A HANDICAP STROKE SURVIVOR; HIGH BLOOD PRESSURES: 255/133,<br><br>Defendant. | No. 2:23-cv-00752-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 15, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 4.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

    1. The findings and recommendations filed May 15, 2023 (ECF No. 4), are ADOPTED IN FULL;

    2. All claims against all Defendants are DISMISSED with prejudice;

    3. The Clerk of Court is directed to close the case.

Date: June 20, 2023

Troy L. Nunley
United States District Judge

2