UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiffs,<br><br>v.<br><br>A.M.P.M. MINI MART,<br><br>Defendant. | No. 2:23-cv-00752 TLN AC<br><br><br>ORDER |

    Plaintiff proceeded in this closed case pro se, and accordingly this motion is before the undersigned pursuant to Local Rule 302(c)(21).  On February 26, 2024, plaintiff filed a "Motion to Stay Judicial Process."  ECF No. 25.  Plaintiff's case was closed on July 21, 2023.  ECF No. 13.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.  Plaintiff's motion at ECF No. 25 will, accordingly, not be considered.

DATED: March 5, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1